IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.*, **STATE OF DELAWARE**, *ex rel.*, **TERESA KELLY,** | : CIVIL ACTION NO. 1:16-CV-347 :  : (Judge Conner) |
| **Plaintiffs** | : |
| v. | : |
| **SELECT SPECIALTY HOSPITAL-WILMINGTON, INC.**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 12th day of February, 2021, upon consideration of relator Teresa Kelly's motion (Doc. 57) for voluntary dismissal with prejudice as to relator Kelly, and the government's notice (Doc. 58) of consent to dismissal without prejudice to the rights of the United States, it is hereby ORDERED that:

1. The motion (Doc. 57) is GRANTED and the above-captioned action is DISMISSED with prejudice as to relator Kelly and without prejudice as to the United States.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania